## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET CORPORATION, | ) | Case No. 18 - 12439 (  ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET US INC., | ) | Case No. 18 - 12440 (  ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET LIMITED, | ) | Case No. 18 - 12441 (  ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DEBTORS' MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), by and through their proposed undersigned attorneys, hereby file this motion (this "**Motion**") for the entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), authorizing joint administration of their chapter 11 cases (the "**Chapter 11 Cases**"). In support of this Motion, the Debtors rely upon and incorporate by reference the *Declaration of Robert Radie, Chief Executive Officer of Egalet Corporation in*

*Support of Chapter 11 Petitions and First Day Motions* (the "**First Day Declaration**"),[1] filed contemporaneously herewith, and respectfully state as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that this Court would lack Article III jurisdiction to enter such final order or judgment absent the consent of the parties.

2.      Venue of these Chapter 11 Cases and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought hereby are Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules.

## BACKGROUND

4.      On the date hereof (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No official committees have been appointed

---

[1]    Each capitalized term used but not defined herein shall have the meaning ascribed to it in the First Day Declaration.

in these Chapter 11 Cases and no request has been made for the appointment of a trustee or an examiner.

5.      On the Petition Date, the Debtors filed their *Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* and the related Disclosure Statement. Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the filing of these Chapter 11 Cases is set forth in the First Day Declaration.

## **RELIEF REQUESTED**

6.      Pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Local Rules, the Debtors hereby seek the joint administration of their Chapter 11 Cases. This is not a request for substantive consolidation.

7.      The Debtors propose that the caption of their jointly-administered Chapter 11 Cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET CORPORATION, <u>et al.</u>, | ) | Case No. 18 - 12439 (   ) |
| | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identification numbers, are: Egalet Corporation (5334), Egalet US Inc. (6649), and Egalet Limited (Foreign). The Debtors' corporate headquarters and mailing address is located at 600 Lee Road, Suite 100, Wayne, PA 19087.

8.      The Debtors further propose that a docket entry be made in each of the above-captioned cases substantially as follows:

An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of Egalet Corporation, Case No. 18-12439 (   ).  The docket for Egalet Corporation should be consulted for all matters affecting this case.  All further pleadings or other papers shall be filed in the case of Egalet Corporation, Case No. 18 -12439  (   ).

9.      In addition, the Debtors also seek authority to file their monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis; *provided*, that in any such consolidated monthly operating report the Debtors will list their disbursements on a Debtor-by-Debtor basis.  The Debtors submit that filing consolidated monthly operating reports will further administrative economy and efficiency without prejudice to any party-in-interest.

## BASIS FOR RELIEF REQUESTED

10.      Rule 1015(b) of the Bankruptcy Rules authorizes this Court to order the joint administration of the bankruptcy cases of a debtor and its "affiliates," as defined in section 101(2) of the Bankruptcy Code.  See FED. R. BANKR. P. 1015(b).  Egalet Corporation directly owns 100% of the equity of Egalet Limited and Egalet US Inc.  The Debtors, therefore, are "affiliates" under the definition of section 101(2) of the Bankruptcy Code (see 11 U.S.C. § 101(2)), and accordingly, pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Local Rules, this Court has the authority to grant the relief requested herein.  See FED. R. BANKR. P. 1015(b); DEL. BANKR. L.R. 1015-1.

11.      The Debtors anticipate that, during the course of these Chapter 11 Cases, it will be necessary to file numerous motions and applications seeking relief on behalf of all of the Debtors.  The Debtors respectfully submit that joint administration of their Chapter 11 Cases is in the best interests of their estates, creditors, and other parties-in-interest and will further the interests of judicial economy and administrative expediency by, among other things, obviating the need to file duplicate motions, to enter duplicate orders, and to forward unnecessary, duplicate notices to creditors and other parties-in-interest.  The Debtors request that these

Chapter 11 Cases be jointly administered in the name of Egalet Corporation.  The Debtors are not requesting substantive consolidation of their estates by this Motion.

12.     The entry of joint administration orders in multiple related cases such as these is common in this district.  See, e.g., In re Open Road Films, LLC, Case No. 18-12012 (LSS) [Docket No. 42] (Bankr. D. Del. September 7, 2018); In re RM Holdco LLC, Case No. 18-11795 (MFW) [Docket No. 43] (Bankr. D. Del. August 7, 2018); In re Heritage Home Group LLC, Case No. 18-11736 (KG) [Docket No. 37] (Bankr. D. Del. July 31, 2018); In re EBH Topco, LLC, Case No. 18-11212 (BLS) [Docket No. 38] (Bankr. D. Del. May 24, 2018); In re Gibson Brands, Inc., Case No. 18-11025 (CSS) [Docket No. 60] (Bankr. D. Del. May 2, 2018); In re Appvion, Inc., Case No. 17-12082 (KJC) [Docket No. 52] (Bankr. D. Del. October 3, 2017).[2]

13.     Accordingly, based on the foregoing facts and authorities, the Debtors submit that the relief requested in this Motion should be granted.

## NOTICE

14.     Notice of this Motion has been provided by first class mail and e-mail to: (i) the Office of the United States Trustee for Region 3, serving the District of Delaware; (ii) the Office of the United States Attorney for the District of Delaware; (iii) the Internal Revenue Service; (iv) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis (excluding insiders); (v) the Securities and Exchange Commission; (vi) counsel to the Ad Hoc Secured Noteholder Committee; (vii) counsel to the ad hoc committee of holders of the 5.50% Convertible Notes due 2020 and 6.50% Convertible Notes due 2024; and (viii) any party that has requested notice pursuant to Bankruptcy Rule 2002.  Notice of this Motion and any order entered

---

[2]     Because of the voluminous nature of the orders cited herein, such orders have not been attached to this Motion. Copies of these orders are available upon request to the Debtors' proposed counsel.

hereon will be served in accordance with Local Rule 9013-1(m).  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## <u>CONCLUSION</u>

WHEREFORE, the Debtors respectfully request that this Court enter the proposed form of Order and grant such other and further relief as is just and proper.

Dated:  October 30, 2018
       Wilmington, Delaware

Respectfully submitted,

By: /s/ Sean T. Greecher
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

DECHERT LLP
Michael J. Sage (*pro hac vice* application pending)
Brian E. Greer (*pro hac vice* application pending)
Stephen M. Wolpert (*pro hac vice* application pending)
Alaina R. Heine (*pro hac vice* application pending)
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

*Proposed Attorneys for the Debtors and*
*Debtors in Possession*

# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET CORPORATION, | ) | Case No. 18 -12439 (   ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET US INC., | ) | Case No. 18 -12440 (   ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET LIMITED, | ) | Case No. 18 -12441 (   ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER, PURSUANT TO BANKRUPTCY RULE 1015
AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "**Motion**")[1] of the Debtors for the entry an

order directing joint administration of the Chapter 11 Cases for procedural purposes only; and it

appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334

and the *Amended Standing Order of Reference* from the United States District Court for the

District of Delaware dated as of February 29, 2012; and the Court having found that good and

sufficient cause exists for granting the Motion; and upon consideration of the First Day

---

[1]   Each capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

01:23787737.2

Declaration, and the files and records in these Chapter 11 Cases; and upon the arguments and statements in support of the Motion presented at the hearing before the Court; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and it appearing that notice of the Motion was adequate and proper under the circumstances of these Chapter 11 Cases and that no further or other notice need be given; it is hereby

1.     ORDERED that the Motion is GRANTED; and it is further

2.     ORDERED that, for the reasons set forth in the Motion, the above-captioned cases shall be jointly administered for procedural purposes only by this Court; and it is further

3.     ORDERED that the caption of the jointly administered Chapter 11 Cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET CORPORATION, et al., | ) | Case No. 18-12439 (   ) |
| | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identification numbers, are: Egalet Corporation (5334), Egalet US Inc. (6649), and Egalet Limited (Foreign).  The Debtors' corporate headquarters and mailing address is located at 600 Lee Road, Suite 100, Wayne, PA 19087.

and it is further

4.     ORDERED that a docket entry shall be made in each of the above-

01:23787737.2

captioned cases substantially as follows:

> An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of Egalet Corporation, Case No. 18-12439 (   ).  The docket for Egalet Corporation should be consulted for all matters affecting this case.  All further pleadings or other papers shall be filed in the case of Egalet Corporation, Case No. 18-12439 (   ).

and it is further

5.	ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned cases; and it is further

6.	ORDERED that this Order shall be immediately effective and enforceable upon its entry; and it is further

7.	ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

8.	ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2018
	Wilmington, Delaware

_____
	UNITED STATES BANKRUPTCY JUDGE

01:23787737.2