IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x

In re:                                                   :   Chapter 11
                                                         :
EGALET CORPORATION, et al.,[1]                           :   Case No. 18-12439 (BLS)
                                                         :
                                    Debtors.             :   (Jointly Administered)
                                                         :
-----------------------------------------------------------x

### CERTIFICATION OF PETER WALSH WITH RESPECT TO THE TABULATION OF VOTES ON THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Peter Walsh, depose and say under the penalty of perjury:

1. I am a Senior Managing Consultant, Public Securities Services employed by Kurtzman Carson Consultants LLC ("KCC"), the claims, noticing, and solicitation agent retained by Egalet Corporation and its two Chapter 11 affiliates (collectively, the "Debtors") to assist with the solicitation and voting process in the above-captioned Chapter 11 Cases, pursuant to the *Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f), and Local Rule 2002-1(f), Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent, Nunc Pro Tunc to the Petition Date* [Docket No. 44] entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on November 1, 2018 and the *Order, Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, And Local Rule 2014-1, Authorizing and Approving the Retention of Kurtzman Carson Consultants LLC as Administrative Advisor, Nunc Pro Tunc to the Petition Date* [Docket No. 158] entered by the Bankruptcy Court on November

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Egalet Corporation (5334), Egalet US Inc. (6649), and Egalet Ltd. (Foreign). The Debtors' corporate headquarters and mailing address is located at 600 Lee Road, Suite 100, Wayne, PA 19087.

29, 2018. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

2. I am authorized to submit this affidavit on behalf of KCC and, except as otherwise noted herein, I could and would testify to the following based upon my personal knowledge.

## **Background**

3. On December 3, 2018, the Debtors filed the *Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 178] (the "First Amended Plan") and the *Disclosure Statement With Respect To Debtors' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 179] (the "First Amended Disclosure Statement").

4. On December 3, 2018, the Court entered the *Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving Form and Notice of the Confirmation Hearing, (C) Establishing Voting Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballot, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan and (B) the Debtors' Proposed Cure Amounts for Unexpired Leases and Executory Contracts Assumed Pursuant to the Plan; and (IV) Granting Related Relief* [Docket No. 183] (the "Disclosure Statement Order")[2].

5. Pursuant to the Disclosure Statement Order, KCC was authorized to distribute solicitation materials to holders of claims entitled to vote to accept or reject the Plan. Since the

---

[2] Terms not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order.

entry of the Disclosure Statement Order, KCC has worked with the Debtors and their counsel to solicit votes to accept or reject the Plan and to tabulate the Ballots and Master Ballots of holders of claims entitled to vote to accept or reject the Plan.

### Solicitation and Tabulation Process

### Service and Transmittal of Solicitation Packages and Related Information

6. On December 6, 2018, KCC served the Solicitation Packages in accordance with the Disclosure Statement Order to all known holders of claims entitled to vote to accept or reject the First Amended Plan. On December 11, 2018, KCC filed an affidavit of service [Docket No. 193] evidencing the service of such Solicitation Packages.

7. Pursuant to the Disclosure Statement Order, holders of claims in Class 3A, 3B, and 3C (First Lien Secured Notes Claims) and Class 4A, 4B, and 4C (Convertible Notes Claims), respectively, were entitled to vote to accept or reject the Plan (the "Voting Classes"). No other Classes were entitled to vote to accept or reject the Plan.

8. Pursuant to the Disclosure Statement Order and in accordance with the Solicitation and Voting Procedures approved therein, KCC relied on a security position reports provided by The Depository Trust Company ("DTC") to identify and solicit holders of claims in the Voting Classes entitled to vote to accept or reject the Plan.

9. Using the information outlined above, KCC provided Solicitation Packages containing the Ballots to the banks and brokerage firms appearing on the security position reports provided by DTC (the "Nominees") or the Nominee's agents, for subsequent forwarding to the underlying beneficial holders of Claims in the Voting Classes. KCC also provided Master Ballots to each Nominee, or their agent, for their use in reporting the voting of underlying beneficial owners.

## The Tabulation Process

10. The Disclosure Statement Order established January 8, 2019 at 5:00 p.m. (prevailing Eastern Time) as the deadline for receiving Ballots and Master Ballots to accept or reject the Plan (the "Voting Deadline").

11. Pursuant to the Disclosure Statement Order, KCC received and tabulated the Ballots submitted by holders of claims in the Voting Classes. Ballots and Master Ballots votes were tabulated against the security position amounts appearing for each Nominee as listed on the security position reports from DTC in accordance with the Disclosure Statement Order.

12. I hereby certify that the results of the voting by holders of claims in the Voting Classes are as set forth in Exhibit A attached hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed Ballots received by KCC.[3]

## Conclusion

13. To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true. The Ballots received by KCC are stored at KCC's office and are available for inspection by or submission to this Court.

Dated: January 10, 2019

_____
Peter Walsh

---

[3] Although certain Ballots indicated that holders that voted to accept the Plan attempted to opt out of the release provisions of the Plan, the Plan provides that all parties that accepted the Plan are "Releasing Parties." Accordingly, those parties were not listed as parties that opted out of the releases.

4

**Exhibit A**

| Class Name | Class Description | Total Members | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total Amount in Class | Total Amount Voted | Amount Accepted | Amount Rejected | % Amount Accepted | % Amount Rejected | Members Opt-Out | Claim Amount Opt-Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A, 3B, 3C | First Lien Secured Notes Claims | NA | 18 | 18 | 0 | 100.00% | 0.00% | $88,355,520.00 | $66,266,640.00 | $66,266,640.00 | $0.00 | 100.00% | 0.00% | 0 | $0.00 |
| 4A, 4B, 4C | Convertible Notes Claims | NA | 21 | 18 | 3 | 85.71% | 14.29% | $49,858,282.14 | $36,782,013.41 | $36,639,232.47 | $142,780.94 | 99.61% | 0.39% | 1 | $7,190,407.00 |