**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 18-12439 (BLS) <br> ) <br> ) (Jointly Administered) <br> ) |
| EGALET CORPORATION, et al., | |
| Debtors.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON JANUARY 14, 2019 AT 10:00 A.M. (ET)**

**MATTER RESOLVED**

1. Debtors' Application for an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Auditors to the Debtors, Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, Nunc Pro Tunc to the Petition Date [D.I. 112, 11/21/18]

    Response/Objection Deadline:		December 5, 201 at 4:00 p.m. (ET) 8

    Responses/Objections Received:

    A.	Informal Response of the Office of the United States Trustee

    Related Documents:

    B.	Certification of Counsel [D.I. 201, 12/17/18]

    C.	Order [D.I. 203, 12/18/18]

    Status:	An order has been entered.  No hearing is required.

**MATTER ADJOURNED**

2. Debtors' Application for an Order (I) Authorizing the Retention and Employment of Leerink Partners LLC as Investment Banking Financial Advisor to the Debtors, Nunc Pro Tunc to the Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 208, 12/21/18]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Egalet Corporation (5334), Egalet US Inc. (6649), and Egalet Ltd. (Foreign). The Debtors' corporate headquarters and mailing address is located at 600 Lee Road, Suite 100, Wayne, PA 19087.

|  |  |
|---|---|
| Response/Objection Deadline: | January 7, 2019 at 4:00 p.m. (ET); extended for the U.S. Trustee to a date to be determined |
| Responses/Objections Received: | None to Date |
| Related Documents: | None to Date |

Status:   This matter has been adjourned to a date to be determined in order to provide the Office of the United States Trustee time to respond as a result of the federal government shutdown.

**CONTESTED MATTER GOING FORWARD**

3. Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified [D.I. 223, 1/10/19]

    Response/Objection Deadline:   January 8, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.   Informal Response of the United States Trustee

    B.   Objection of Dominic Bove [D.I. 100, 11/9/18]

    C.   Objection of David Sach [D.I. 106, 11/19/18]

    D.   Objection of Isam Alakhras, MD [D.I. 109, 11/20/18]

    E.   [Withdrawn – D.I. 172, 12/3/18] Objection of Class Action Plaintiffs [D.I. 114, 11/26/18]

    F.   Objection of Jeffery M. Klein [D.I. 141, 11/26/18]

    G.   Objection of Stephen and Elizabeth Crowe [D.I. 142, 11/29/18]

    H.   Objection of Erik G. I. Soegaard [D.I. 166, 11/30/18]

    I.   Objection of Chad M. Monroe [D.I. 168, 11/30/18]

    J.   Supplemental Objection of David Sach [D.I. 192, 12/10/18]

Related Documents:

K.  Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 16, 10/31/18]

L.  Disclosure Statement with Respect to the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 17, 10/31/18]

M.  Notice of Hearing to Consider Adequacy of Disclosure Statement [D.I. 41, 11/1/18]

N.  Motion for an Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving Form and Notice of the Confirmation Hearing, (C) Establishing Voting Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballot, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan, and (B) the Debtors' Proposed Cure Amounts for Unexpired Leases and Executory Contracts Assumed Pursuant to the Plan; and (IV) Granting Related Relief [D.I. 75, 11/6/18]

O.  Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 163, 11/29/18]

P.  Disclosure Statement with Respect to Debtors' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 164, 11/29/18]

Q.  Notice of Filing of Blacklines of (I) Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and (2) Disclosure Statement with Respect to Debtors' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 165, 11/29/18]

R.  Debtors' Motion for an Order Granting Debtors Leave and Permission to File Debtors' Omnibus Reply to Disclosure Statement Objections [D.I. 169, 11/30/18]

S.  Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 178, 12/3/18]

T.  Disclosure Statement with Respect to Debtors First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 179, 12/3/18]

U.      Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving Form and Notice of the Confirmation Hearing, (C) Establishing Voting Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballot, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan, and (B) the Debtors' Proposed Cure Amounts for Unexpired Leases and Executory Contracts Assumed Pursuant to the Plan; and (IV) Granting Related Relief [D.I. 183, 12/3/18]

V.      Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on the Plan, (III) Hearing to Consider Confirmation of the Plan and (IV) Deadline for Filing Objections to Confirmation of the Plan [D.I. 184, 12/3/18]

W.      Affidavit of Publication [D.I. 198, 12/12/18]

X.      Plan Supplement for First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 218, 1/4/19]

Y.      Notice of Filing of Blackline of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified [D.I. 224, 1/10/19]

Z.      Certification of Peter Walsh with Respect to the Tabulation of Votes on the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 225, 1/10/19]

AA.      Declaration of Richard Shinder in Support of Confirmation of the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 226, 1/10/19]

BB.      Declaration of Robert Radie in Support of Confirmation of the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified [D.I. 227, 1/10/19]

CC.      Debtors' Memorandum of Law (I) in Support of an Order Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization, and (II) in Response to Objections Thereto [D.I. 228, 1/10/19]

DD.      Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Under Section 1129 of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified [D.I. 229, 1/10/19]

<u>Status</u>:      This matter is going forward.

4. Notice of (I) Possible Assumption or Assumption and Assignment of Executory Contracts and Unexpired Leases to be Assumed Under the Plan, (II) Fixing of Cure Amounts Related Thereto and (III) Deadline to Object Thereto [D.I. 213, 12/24/18]

    Response/Objection Deadline:    January 2, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    Objection of inVentiv Commercial Services, LLC [D.I. 216, 1/2/19]

    Related Documents:

    Status:    The Debtors have resolved the objection of inVentiv Commercial Services, LLC as set for in the proposed order confirming the Plan. This matter is going forward.

Dated: January 10, 2019  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Sean T. Greecher*  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Robert S. Brady (No. 2847)  
Sean T. Greecher (No. 4484)  
Travis G. Buchanan (No. 5595)  
Jordan E. Sazant (No. 6515)  
1000 North King Street  
Wilmington, DE 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

- and -

DECHERT LLP  
Michael J. Sage (admitted *pro hac vice*)  
Brian E. Greer (admitted *pro hac vice*)  
Stephen M. Wolpert (admitted *pro hac vice*)  
Alaina R. Heine (admitted *pro hac vice*)  
1095 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 698-3500  
Facsimile: (212) 698-3599

*Attorneys for the Debtors and Debtors in Possession*