**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: **Egalet Corporation, et al.**  Case No. 18 - 12439 (BLS)
Reporting Period: December 1, 2018 to December 31, 2018

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Schedule of Bank Account Balances | MOR-1a | X | | Certification Attached |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | | | Certification Attached |
|    Cash disbursements journals | | | | Certification Attached |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | | | | Certification Attached |
|    Copies of IRS Form 6123 or payment receipt | | | | Certification Attached |
|    Copies of tax returns filed during reporting period | | | | Certification Attached |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

*[signature: Barbara A. Carlin]*

_____    January 25, 2019
Signature of Authorized Individual*    Date

Barbara Carlin    SVP & Chief Accounting Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company

MOR
(04/07)

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Egalet Corporation, et al. | Case No. 18-12439 (BLS) |
| Debtors | Reporting Period: December 1, 2018 – December 31, 2018 |

**CERTIFICATION REGARDING POST-PETITION BANK ACCOUNTS**

**RECONCILIATIONS, CASH DISBURSEMENT JOURNALS AND**

**COMPLIANCE AND PAYMENT OF POST-PETITION TAXES**

I, Barbara A. Carlin, Chief Accounting Officer, of Egalet Corporation and its wholly-owned subsidiaries, Egalet US, Inc and Egalet Ltd, (collectively, the "Debtors") hereby certify the following:

1. Attached to MOR-1 is a listing of the Debtors' bank accounts, by account number, and the opening and closing balances. These accounts are reconciled monthly in accordance with the Debtors' ordinary course accounting practices and are available to the United States Trustee upon request.

2. Cash disbursement journals are maintained in accordance with the Debtors' ordinary course accounting practices and are available to the United States Trustee upon request.

3. To the best of my knowledge and belief, the Debtors are current on all post-petition taxes, and no post-petition tax amounts are past due.

*[Signature: Barbara A. Carlin]*                              January 25, 2019

_____                              _____
Barbara A. Carlin                                                            Date
Chief Accounting Officer

| In re: Egalet Corporation, et al. | | | | | Case No. 18-12439 (BLS) |
|---|---|---|---|---|---|
| Debtors | | | | | Reporting Period: December 1, 2018 - December 31, 2018 |

**MOR-1**
*Consolidated Schedule of Cash Receipts and Disbursements* [(1)]
*For the Period: December 1, 2018 - December 31, 2018*
*(Unaudited)*

| $ USD '000s | Egalet US, Inc. | Egalet Corporation | Egalet Limited | Total | Cumulative Since Filing |
|---|---:|---:|---:|---:|---:|
| **Beginning Cash Balance (Book)** | $ 11,532 | $ 28,591 | $ 1,062 | $ 41,185 | $ 37,881 |
| **Receipts** | | | | | |
| Operating Receipts | 12,077 | 1 | 25 | 12,103 | 24,565 |
| Sale/Maturity of Marketable Securities | - | - | - | - | - |
| Interest on Marketable Securities | - | 63 | - | 63 | 147 |
| **Total Receipts** | 12,077 | 64 | 25 | 12,166 | 24,712 |
| **Operating Disbursements** | | | | | |
| Gross to Net Disbursements | (8,509) | - | - | (8,509) | (14,463) |
| Payroll & Benefits | (1,568) | - | (87) | (1,654) | (3,377) |
| Inventory | (60) | - | - | (60) | (595) |
| Marketing | (305) | - | - | (305) | (712) |
| Insurance | (105) | - | - | (105) | (352) |
| Auto Expense | (65) | - | - | (65) | (189) |
| Regulatory & Compliance | (44) | - | - | (44) | (108) |
| Travel & Entertainment | (271) | - | - | (271) | (331) |
| Rent | (46) | - | - | (46) | (92) |
| Other G&A | (200) | (1) | (36) | (237) | (313) |
| Utilities | (13) | - | (7) | (20) | (26) |
| **Total Operating Disbursements** | (11,185) | (1) | (129) | (11,315) | (20,558) |
| **Operating Cash Flow** | (8) | 962 | (104) | 851 | 4,154 |
| **Reorganization Costs** | | | | | |
| Restructuring Professional Fees | (429) | - | - | (429) | (429) |
| Adequate protection payments | - | (896) | - | (896) | (896) |
| **Total Reorganization Costs** | (429) | (895.56) | - | (1,324) | (1,324) |
| **Total Disbursements** | (11,613) | (897) | (129) | (12,639) | (21,882) |
| **Net Cash Flow** | (436) | 67 | (104) | (473) | 2,830 |
| **Ending Cash Balance (Book)** [(2)] | $ 11,096 | $ 28,658 | $ 958 | $ 40,711 | $ 40,711 |

**Notes:**
*(1) The Schedule of Cash Receipts and Disbursements is presented on a book basis*
*(2) Beginning cash balance and ending cash balance include Marketable Securities amounts of $7.481M and $4.988M, at December 1, 2018 and December 31, 2018, respectively.*

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:**

| $ USD '000s Debtors | Egalet US, Inc. | Egalet Corporation | Egalet Limited | Total | Cumulative Since Filing |
|---|---:|---:|---:|---:|---:|
| | (11,613) | | | (11,613) | (20,735) |
| | | (897) | | (897) | (897) |
| | | | (129) | (129) | (250) |
| | $ (11,613) | $ (897) | $ (129) | $ (12,639) | $ (21,882) |

**In re: Egalet Corporation, et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 18-12439 (BLS)**
**Debtors**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Reporting Period: December 1, 2018 - December 31, 2018**

**MOR-1a**
**Schedule of Debtor Bank Account Balances** [1]
**For the Period December 1, 2018 - December 31, 2018**
**(Unaudited)**

$ USD '000s

| Entity | Bank | Last Four Digits Account No | Account Description | Beginning Balance 12/1/2018 | Ending Balance 12/31/2018 |
|---|---|---|---|---|---|
| Egalet US Inc. | Wells Fargo | 2072 | Lockbox | $ 10,066 | $ 9,916 |
| Egalet US Inc. | Wells Fargo | 5382 | Payroll | 300 | 629 |
| Egalet US Inc. | Wells Fargo | 2064 | Operating | 1,198 | 584 |
| Egalet US Inc. | Wells Fargo | 6412 | Utilities Deposit [2] | - | - |
| Egalet Corporation | Wells Fargo | 2056 | Operating | 270 | 274 |
| Egalet Corporation | Wells Fargo | 1527 | Restricted Cash | 400 | 400 |
| Egalet Corporation | Wells Fargo | 2666 | Money Market | 20,440 | 22,996 |
| Egalet Corporation | Wells Fargo | 2666 | Marketable Securities | 7,481 | 4,988 |
| Egalet Ltd | Danske | 3214 | Pledge | 1,056 | 962 |
| **Total Bank Account Balances** | | | | $ 41,211 | $ 40,749 |

**Note:**

[1] The Consolidated Schedule of Cash Receipts and Disbursements (MOR-1) represents book balances. MOR-1a represents bank balances. The balances differ primarily due to outstanding disbursements that have not cleared the bank but have been posted on the books.

[2] The Company opened the Utilities Deposit account in November 2018 and deposited $12,500 into the account in January 2019.

| In re: Egalet Corporation, et al. | | Case No. 18- 12439 (BLS) |
|---|---|---|
| Debtors | | Reporting Period: December 1, 2018 - December 31, 2018 |

**MOR -2**
**Statement of Operations**
**For the Period: December 1, 2018 - December 31, 2018**
**(Unaudited)**

| $ USD '000s | December 1, 2018 - December 31, 2018 | | | | October 31, 2018 - December 31, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
| | Egalet Ltd | Egalet Corporation | Egalet US Inc | TOTAL | Egalet Ltd | Egalet Corporation | Egalet US Inc | TOTAL |
| **Revenues:** | | | | | | | | |
| Net Product Sales | $ - | $ - | $ 2,368 | $ 2,368 | $ - | $ - | $ 4,816 | $ 4,816 |
| Total Revenues | - | - | 2,368 | 2,368 | - | - | 4,816 | 4,816 |
| **Cost and Expenses:** | | | | | | | | |
| Cost of sales (excl product rights amort) | - | - | 684 | 684 | - | - | 1,219 | 1,219 |
| Amortization | 62 | - | 107 | 169 | 124 | - | 215 | 340 |
| General and administrative | 83 | 3 | 1,775 | 1,861 | 118 | 8 | 3,343 | 3,470 |
| Sales and Marketing | - | - | 2,498 | 2,498 | - | - | 5,091 | 5,091 |
| Research and development | 120 | - | (56) | 64 | 181 | - | (22) | 159 |
| Total Costs and expenses | 265 | 3 | 5,008 | 5,276 | 423 | 8 | 9,846 | 10,277 |
| **Loss from operations** | (265) | (3) | (2,640) | (2,908) | (423) | (8) | (5,030) | (5,461) |
| Other (income) expense: | | | | | | | | |
| Interest (income) expense | 9 | (16) | - | (7) | 9 | (51) | - | (42) |
| Other (gain) loss | - | - | (22) | (22) | (15) | - | (22) | (37) |
| | 9 | (16) | (22) | (29) | (6) | (51) | (22) | (79) |
| Loss from operations before income taxes | (274) | 13 | (2,618) | (2,879) | (417) | 43 | (5,008) | (5,382) |
| Provision for income tax expense | - | - | - | - | - | - | - | - |
| **Net loss** | (274) | 13 | (2,618) | (2,879) | (417) | 43 | (5,008) | (5,382) |
| Reorganization expenses | - | - | (574) | (574) | - | - | (2,000) | (2,000) |
| **Net loss** | $ (274) | $ 13 | $ (3,192) | $ (3,453) | $ (417) | $ 43 | $ (7,008) | $ (7,382) |

**Notes:**
*(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.*
*(2) These statements do not include certain GAAP adjustments and reclassifications.*
*(3) Legal entities are presented on an unconsolidated basis and the total reflected herein does not include intercompany eliminations.*

| In re: Egalet Corporation, et al. | Case No. 18- 12439 (BLS) |
|---|---:|
| Debtors | Reporting Period: December 1, 2018 - December 31, 2018 |

**MOR-3**

**Balance Sheet**

**(Unaudited)**

**Egalet Corporation, et al**

| $ USD '000s | As of October 30, 2018 | | | | As of December 31, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
| | Egalet Ltd | Egalet Corporation | Egalet US Inc. | Total | Egalet Ltd | Egalet Corporation | Egalet US Inc. | Total |
| **Assets** | | | | | | | | |
| Current assets: | | | | | | | | |
| Cash and cash equivalents | 1,151 | 12,530 | 8,224 | 21,904 | 958 | 23,670 | 11,096 | 35,724 |
| Marketable Securities, Available for Sale | - | 15,977 | - | 15,977 | - | 4,988 | - | 4,988 |
| Accounts Receivable | - | - | 12,081 | 12,081 | - | - | 8,006 | 8,006 |
| Inventory | - | - | 2,695 | 2,695 | - | - | 2,639 | 2,639 |
| Other current assets | - | 58 | - | 58 | - | 15 | - | 15 |
| Prepaid expenses | 34 | - | 4,383 | 4,417 | 13 | - | 3,997 | 4,010 |
| Other receivables | 835 | - | 2 | 837 | 843 | - | 1 | 844 |
| Total current assets | 2,020 | 28,564 | 27,384 | 57,969 | 1,814 | 28,673 | 25,739 | 56,226 |
| Intangible assets, net | 1,281 | - | 3,327 | 4,608 | 1,170 | - | 3,111 | 4,281 |
| Property and equipment, net | 5 | - | 1,117 | 1,122 | 4 | - | 1,056 | 1,060 |
| Deposits and other assets | 61 | - | 245 | 306 | 62 | - | 245 | 307 |
| Total assets | 3,368 | 28,564 | 32,073 | 64,006 | 3,050 | 28,673 | 30,151 | 61,874 |
| **Liabilities, and stockholders' equity** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable | 33 | (0) | (0) | 33 | 15 | - | 8,139 | 8,154 |
| Accrued expenses | - | - | - | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - | - | - | - |
| Total current liabilities | 33 | (0) | (0) | 33 | 15 | - | 8,139 | 8,154 |
| Deferred income tax liabilities | 24 | - | - | 24 | 24 | - | - | 24 |
| Intercompany | 125,270 | (322,728) | 197,458 | - | 125,318 | (322,477) | 197,159 | - |
| Total liabilities not subject to compromise | 125,327 | (322,728) | 197,458 | 57 | 125,357 | (322,477) | 205,298 | 8,178 |
| **Total liabilities subject to compromise** | 421 | 133,114 | 27,826 | 161,361 | 462 | 132,270 | 25,098 | 157,830 |
| Stockholders' equity: | | | | | | | | |
| Common stock | - | 53 | - | 53 | - | 53 | - | 53 |
| Additional paid in capital | - | 276,059 | - | 276,059 | - | 276,711 | - | 276,711 |
| Other comprehensive (loss) income | 844 | (10) | - | 834 | 871 | (2) | - | 869 |
| Accumulated deficit | (123,223) | (57,924) | (193,211) | (374,358) | (123,640) | (57,882) | (200,245) | (381,767) |
| Total stockholders' (deficit) equity | (122,379) | 218,178 | (193,211) | (97,412) | (122,769) | 218,880 | (200,245) | (104,134) |
| Total liabilities and shareholders' equity | 3,369 | 28,564 | 32,073 | 64,006 | 3,050 | 28,673 | 30,151 | 61,874 |

**Notes:**

*(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.*
   *All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.*
*(2) These statements do not include certain GAAP adjustments and reclassifications.*
*(3) Legal entities are presented on an unconsolidated basis and the total reflected herein does not include intercompany eliminations.*
*(4) Liabilities Subject to Compromise is comprised of pre-petition accounts payable, accrued expenses, secured debt and unsecured notes.*

**In re: Egalet Corporation, et al.**  **Case No. 18-12439 (BLS)**
**Debtors**  **Reporting Period: December 1, 2018 - December 31, 2018**

**MOR-4**
**Summary of Unpaid Post Petition Accounts Payable**
**As of December 31, 2018**
**(Unaudited)**

**$ USD '000s**

| Post Petition Accounts Payable Aging [1] | Current | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|
| Egalet Corporation | $ - | $ - | $ - | $ - | $ - |
| Egalet US, Inc | 7,684 | 455 | 1 | - | 8,140 |
| Egalet Ltd | 15 | - | - | - | 15 |
| **Total** | **$ 7,699** | **$ 455** | **$ 1** | **$ -** | **$ 8,154** |

**Note:**
(1) The above figures represent post petition trade payables recorded in the Debtors' subledgers.

In re: Egalet Corporation, et al.  
Debtors

Case No. 18-12439 (BLS)  
Reporting Period: December 1, 2018 - December 31, 2018

**MOR-5**  
**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**  
(Unaudited)

**Egalet, US Inc.**

In $000s

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | 10,165 |
| + Amounts billed during the period | 13,146 |
| - Amounts collected during the period | (13,060) |
| Total Accounts Receivable at the end of the reporting period | 10,251 |

| Accounts Receivable Aging | Amount |
|---|---:|
| 0 - 30 days old | 10,215 |
| 31 - 60 days old | 16 |
| 61 - 90 days old | 19 |
| 91+ days old | 1 |
| Total Accounts Receivable | 10,251 |
| Prompt Pay & Returns Reserve | 2,245 |
| Accounts Receivable (Net) | 8,006 |

**DEBTOR QUESTIONNAIRE**

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5  
(04/07)