**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EGALET CORPORATION, et al., | ) | Case No. 18-12439 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | **Docket Ref: 223, 242** |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED; (B) OCCURRENCE OF EFFECTIVE DATE THEREUNDER; AND (C) RELATED DEADLINES**

TO:   (I) THE U.S. TRUSTEE; (II) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002; AND (III) ALL KNOWN CREDITORS AND INTEREST HOLDERS

**PLEASE TAKE NOTICE** that on January 14, 2019 (the "**Confirmation Date**"), the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered its *Findings of Fact, Conclusions of Law, and Order Under Section 1129 of the Bankruptcy Code and Bankruptcy Rule 3020 Confirming Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 242] (the "**Confirmation Order**"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified*, dated January 10, 2019 (as confirmed and with all exhibits thereto, the "**Plan**," a copy of which is attached to the Confirmation Order as Exhibit A).

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind (i) the Debtors and their Estates, (ii) the Reorganized Debtors, (iii) all holders of Claims against and Interests in the Debtors that arose before or were filed as of the Effective Date, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan was **January 31, 2019**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Egalet Corporation (5334), Egalet US Inc. (6649), and Egalet Ltd. (Foreign). The Debtors' corporate headquarters and mailing address is located at 600 Lee Road, Suite 100, Wayne, PA 19087.

01:24066686.1

25249575

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Confirmation Order may obtain such copy at www.kccllc.net/egalet.  Copies of the Confirmation Order may also be reviewed during regular business hours at the Court, 824 North Market Street, Wilmington, Delaware 19801, or may be obtained at the Court's website at www.deb.uscourts.gov by following the directions for accessing the ECF system on such site.

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to receive notice of pleadings filed in the Chapter 11 Cases following the occurrence of the Effective Date must request such notice under Bankruptcy Rule 2002.  Unless service is required by the Bankruptcy Rules or the Local Rules, parties who previously requested notice pursuant to Bankruptcy Rule 2002 will not continue to receive such notice unless and until a renewed request for notice under Bankruptcy Rule 2002 is made.

### Professional Fee Claim Bar Date

**PLEASE TAKE FURTHER NOTICE** that any Professional seeking allowance by the Court of a Professional Fee Claim shall file its respective final application for allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date **no later than April 1, 2019** (the "**Professional Fee Claim Bar Date**").  Objections to such Professional Fee Claims, if any, must be filed and served within twenty-one (21) calendar days of the filing of the final fee application, unless a later date is established by the Court.

### Contract Rejection Claim Bar Date

**PLEASE TAKE FURTHER NOTICE** all Executory Contracts and Unexpired Leases governed by section 365 of the Bankruptcy Code to which any of the Debtors are parties that were specifically identified on the Schedule of Rejected Contracts and Leases were rejected under the Plan as of the Effective Date except for any executory contract or unexpired lease that (i) previously had been assumed or rejected by the Debtors in the Chapter 11 Cases, (ii) previously expired or terminated pursuant to its own terms; or (iii) was the subject of a separate motion to assume or reject such executory contract or unexpired lease filed by the Debtors under section 365 of the Bankruptcy Code prior to the Effective Date.  The Schedule of Rejected Contracts and Leases was included in the Plan Supplement and a copy is available at www.kccllc.net/egalet.

**PLEASE TAKE FURTHER NOTICE** that in the event that the rejection of an Executory Contract or Unexpired Lease by the Debtors results in a Contract Rejection Claim, if such Contract Rejection Claim is not evidenced by a timely filed Proof of Claim, it shall be forever barred and shall not be enforceable against the Debtors or the Reorganized Debtors, or their respective properties or interests in property as agents, successors or assigns, unless a **Proof of Claim is filed with the Court and served upon the Reorganized Debtors and their counsel in accordance with the terms of the Final Order authorizing such rejection, but in no event later than thirty (30) days after the Effective Date**.

**PLEASE TAKE FURTHER NOTICE that** any Contract Rejection Claims for which Proofs of Claim were not timely filed as set forth in the immediately preceding sentence shall be automatically disallowed, forever barred from assertion and shall not be

01:24066686.1

**enforceable against the Debtors or the Reorganized Debtors, the Estates or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order or approval of the Court.** All Allowed Contract Rejection Claims shall be paid in full in cash as soon as practicable after the later of (i) the date on which the time for objecting to such Claims pursuant to Article VII.K.1. of the Plan has expired with no objection having been filed, or (ii) the date on which the an order ruling that such Contract Rejection Claim is Allowed becomes a Final Order.

Dated:   Wilmington, Delaware         */s/ Sean T. Greecher*
         February 1, 2019             **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                      Robert S. Brady (No. 2847)
                                      Sean T. Greecher (No. 4484)
                                      Rodney Square
                                      1000 North King Street
                                      Wilmington, Delaware 19801
                                      Tel:   (302) 571-6600
                                      Fax:   (302) 571-1253

                                              -and-

                                      **DECHERT LLP**
                                      Michael J. Sage (*pro hac vice*)
                                      Brian E. Greer (*pro hac vice*)
                                      Stephen M. Wolpert (*pro hac vice*)
                                      Alaina Heine (*pro hac vice*)
                                      Three Bryant Park
                                      1095 Avenue of the Americas
                                      New York, NY 10036
                                      Tel:    (212) 698-3500
                                      Fax:    (212) 698-3599

                                      *Counsel for the Reorganized Debtors*